1  Michelle J. Shvarts (SBN 235300)
   DISABILITY ADVOCATES GROUP
2  18321 Ventura Blvd., Ste 355
   Encino, CA 91356
3  TEL: (800) 935-3170
   mshvarts@dagaccess.com
4
5  Attorneys for Plaintiff, Riora Benephraim

6              UNITED STATES DISTRICT COURT
7              EASTERN DISTRICT OF CALIFORNIA
8

9  RIORA BENEPHRAIM            )  Case No.:  2:24-cv-3310-CSK
    (SSN XXX-XX-3174),         )
10                             )
                               )
11         Plaintiff,          )  STIPULATION FOR EXTENSION OF
                               )  BRIEFING SCHEDULE (FIRST
12     vs.                     )  REQUEST)
13 COMMISSIONER OF SOCIAL      )
   SECURITY,                   )
14                             )
                               )
15        Defendant,           )
16                             )
                               )
17

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have a thirty day extension to April 3, 2025, in which to deliver her the Motion for Summary Judgment. The deadline for Defendant's portion of the joint stipulation, the Plaintiff's optional reply shall also be extended according to the time allotted by the Court's case management order.

This is Plaintiff's first request for an extension. This extension is requested so that Plaintiff's counsel of record can attend to a family emergency. Respectfully submitted,

DISABILITY ADVOCATES GROUP

Dated: March 3, 2025     By:   */s/ Michelle J. Shvarts*
                               MICHELLE J. SHVARTS
                               Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

Dated: March 3, 2025     By:   /s/_____
                               Justin Martin
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (as approved by email)

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that, for good cause shown, Plaintiff shall have an extension of time until April 3, 2025 to file her motion for summary judgment.

Dated: 03/06/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, bene.3310.24